IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02146-MSK-MEH

ALICE CLEMENT,

     Plaintiff,

v.

THE SPORTS AUTHORITY, f/k/a GART SPORTS, INC.,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2009.**

     The Stipulated Motion for Entry of Protective Order [filed November 18, 2009; docket #10] is **granted**.  The Stipulated Protective Order is filed contemporaneously with this minute order.